# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL VARGAS, | CASE NO. 1:11-cv-01171-LJO-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION TO DISMISS |
| v. | |
| A. LONIGRO, et al., | ECF No. 18 |
| Defendants. | |

Plaintiff Raul Vargas ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. On February 29, 2012, the Court found that Plaintiff stated cognizable claims against Defendants Chief Medical Officer Anthony S. Lonigro, Physician R. Taherpour, Physician's Assistant Randolph Wilson III, and Nurse Practitioner A. Manasrah for deliberate indifference to a serious medical need in violation of the Eighth Amendment. On May 15, 2012, Defendants filed a Motion to Dismiss. ECF No. 14. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 14, 2012, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that any objection to the Findings and Recommendations was to be filed within fourteen days. ECF No. 18. No party filed a timely Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 14, 2012, is adopted in full;
2. Defendants' Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, filed May 15, 2012, is granted;
3. Plaintiff's complaint is dismissed for failure to state a claim upon which relief may be granted as to Defendants Lonigro, Taherpour, Wilson, and Manasrah;
4. Plaintiff is granted leave to file an amended complaint within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:   January 22, 2013**          /s/  **Lawrence J. O'Neill**
                                                         UNITED STATES DISTRICT JUDGE